UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Great Host International, Inc.<br>Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:25−cv−00842 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § § | |
| Xiamerica S.A.<br>Defendant. | § § | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Wednesday, November 12, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002